# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SOUTHEAST BRIDGE FL CORP**                                                              **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 3:18-CV-394-CWR-FKB**

**WESTERN SURETY COMPANY AND**
**BLASTECH ENTERPRISES, INC.**                                                          **DEFENDANTS**

**V.**

**SOUTHEAST BRIDGE FL CORP;**
**MICHAEL TSALICKIS; AND**
**DEMITRI TSALICKIS**                                                       **THIRD-PARTY DEFENDANTS**

## ORDER TO PRODUCE CERTAIN DOCUMENTS

This cause came before the Court on Blastech Enterprises, Inc.'s ("Blastech") *ore tenus* motion to compel the production of certain documents responsive to its first sets of interrogatories and requests for production of documents propounded on Southeast Bridge FL Corp. ("SEB"), Michael Tsalickis, and Dimitri Tsalickis. The Court, being advised of the parties' positions, orders that SEB, Michael Tsalikcis, and Dimitri Tsalickis produce the following categories of documents within 10 days of this Order:

1. All text messages between Dimitri Tsalickis, Michael Tsalickis, and/or Evie Tsalickis and any agents or representatives of Blastech that are related to the bridge painting project that is the subject of this lawsuit (the "Project").

2. All text messages between or among Dimitri Tsalickis, Michael Tsalickis, and/or Evie Tsalickis that are related to the Project.

3. All project specifications, bids, daily reports, and inspections reports related to SEB's bridge-painting projects with the Oklahoma Department of Transportation and SEB's tank-

painting project with the Albertville, Alabama Utilities Board. SEB shall have the right to redact any confidential pricing information, the appropriateness of which Blastech may challenge through the Court's standard discovery-dispute resolution procedures.

4. All deposition and hearing transcripts not previously produced from the criminal proceeding pending in Pinellas County, Florida, No. 17-15702-CF. If a transcript has not been transcribed, Dimitri Tsalickis shall cooperate with Blastech to obtain the transcription at Blastech's expense.

IT IS THEREFORE ORDERED, that SEB and Michael Tsalickis and Dimitri Tsalickis shall produce the foregoing categories of documents within 10 days of the entry of this Order.

IT IS FURTHER ORDERED, that the Court makes no ruling on the sufficiency of SEB's, Michael Tsalickis's, and Dimitri Tsalickis's responses to the second sets of interrogatories and requests for production of documents propounded by Blastech. Should court involvement become necessary, any party may file an appropriate motion with this Court.

SO ORDERED, this the 2nd day of May, 2019.

      /s/ F. Keith Ball  
      MAGISTRATE JUDGE

**AGREED AS TO FORM:**

*/s Samuel D. Gregory*
Cable M. Frost (MS Bar No. 100757)
Samuel D. Gregory (MS Bar No. 104563)
R. Christopher White (MS Bar No. 105509)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
cfrost@bakerdonelson.com
sdgregory@bakerdonelson.com
rcwhite@bakerdonelson.com

*Counsel for Blastech Enterprises, Inc.*


*/s Jason E. Weeks*
Jason E. Weeks (MSB #100097)
RANDALL, SEGREST, WEEKS, & REEVES, PLLC
1030 Northpark Drive
Ridgeland, MS 39157
Telephone: 601-956-2615
www.randallsegrest.com
jweeks@randallsegrest.com

*Counsel for Southeast Bridge FL Corp., Michael Tsalickis, and Dimitri Tsalickis*